

147 P.3d 841

# SUPREME COURT OF HAWAI'I

## November 13, 2006

| 27320 | State v. Macomber | Affirmed |
|-------|-------------------|----------|

## November 28, 2006

| 26499 | State v. Vinigas | Affirmed |
|-------|------------------|----------|

## December 13, 2006

| 25872 | Jones v. Owners and Occupants of Adjoining Lands | Affirmed |
|-------|--------------------------------------------------|----------|
| 26025 | Soderlund v. Administrative Director of Courts | Affirmed |
| 25646 | State v. Chapa | Affirmed |